IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                    No. 4:11-cr-34-DPM

BRANDY MARIE THOMAS                                    DEFENDANT

### ORDER

Counsel for the United States has informed the Court informally that more time is needed to complete its response to Thomas's pending motions. Responses due on Monday, 27 May 2013.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 May 2013